UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      CORNING NATURAL GAS CORPORATION,
      ET AL

                            Plaintiff(s)

     -vs-                                     06-Cv-6507T

      CORNING NATURAL GAS CORPORATION,
      ET AL

                            Defendant(s)
_____

      Brett S. Krantz, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bars of Illinois, the District of Columbia, Ohio and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Brett S. Krantz, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

      Wherefore, upon receipt of the $75.00 admission fee, Brett S. Krantz, Jr., Esq. will be admitted to practice pro hac vice in the above-captioned matter.

      ALL OF THE ABOVE IS SO ORDERED.

                                     S/ MICHAEL A. TELESCA
                                     MICHAEL A. TELESCA
                                     United States District Judge

Dated:  Rochester, New York
       October 26, 2006